FILED
ASHEVILLE, N. C.
AUG 15 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:06CR165 |
| ) | |
| vs. ) | **ORDER TO SEAL INDICTMENT** |
| ) | |
| DANNY WILLIAM ALLMAN, ET. AL. ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment and any other related documents be sealed.

THIS the 15th day of August, 2006.

_____
MAGISTRATE JUDGE