IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR165

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DANIEL WILLIAM ALLMAN ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* "motion to correct error in name for true name."

Defendant's case is currently on appeal to the Fourth Circuit Court of Appeals and he is represented by appellate counsel. Therefore, Defendant is directed to refrain from filing *pro se* motions with the Court; any matter requiring the Court's attention should be made through counsel.

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **DENIED** without prejudice.

Signed: October 26, 2007

Lacy H. Thornburg
United States District Judge